UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| PEGGY L. BROWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:05-CV-157 JCH (LMB) ) |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed February 6, 2007. See 28 U.S.C. § 636. Magistrate Judge Blanton recommends that the Court remand this case so that the Commissioner may consider new evidence, pursuant to sentence six of 42 U.S.C. § 405(g). Neither party has filed objections or otherwise responded to the Report and Recommendation.

After reviewing entire record, the Court concurs with Magistrate Judge Blanton's findings, and will adopt his Report and Recommendation. Accordingly, the Court will remand this matter to the Commissioner for further administrative proceedings. Specifically, the Administrative Law Judge is directed to consider the Medical Source Statement from Dr. Eugenio and the letter from Candice D. Fair, LCSW.

Accordingly,

---

[1] Pursuant to Fed. Rule of Civ. Pro. 25(d)(1), Michael J. Astrue, who became Commissioner of Social Security on February 12, 2007, has been substituted for Jo Anne B. Barnhart, the former Commissioner of Social Security.

1

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. No. 15) is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that, pursuant to sentence six of 42 U.S.C. § 405(g), this matter is remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 21st day of February, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE